**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NEUROCRINE BIOSCIENCES, INC. | |
| Plaintiff, | REDACTED - PUBLIC VERSION |
| v. | Civil Action No. 23-cv-266-MN |
| ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS WORLDWIDE DMCC, ZYDUS HEALTHCARE (USA) LLC and ZYDUS LIFESCIENCES (f/k/a CADILA HEALTHCARE LIMITED) |  |
| Defendants. | |

**STIPULATION AND ORDER DISMISSING DEFENDANT
ZYDUS HEALTHCARE (USA) LLC WITHOUT PREJUDICE
AND AMENDING CAPTION TO REFLECT SAME**

This stipulation is made by and between (i) Neurocrine Biosciences, Inc. ("Neurocrine" or "Plaintiff") and (ii) Zydus Pharmaceuticals (USA) Inc. ("Zydus Pharmaceuticals"), Zydus Worldwide DMCC ("Zydus Worldwide"), Zydus Healthcare (USA) LLC ("Zydus Healthcare") and Zydus Lifesciences Limited ("Zydus Lifesciences") (collectively "Defendants"):

WHEREAS, Plaintiff filed suit against Defendants in the above-captioned case (the "Action");

WHEREAS, Zydus Healthcare disputes that it is a proper defendant in the Action;

WHEREAS, Plaintiff and Defendants enter into this stipulation in order to resolve these disputes with respect to Zydus Healthcare without further burdening the Court;

NOW THEREFORE, Plaintiff and Defendants, by and through their respective undersigned counsel in these Actions, and subject to the approval and order of the Court, for the purposes of this Action only, hereby stipulate and agree as follows:





8.     All claims against Zydus Healthcare, are hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

9.     This stipulation and its terms shall be afforded the highest level of protection and confidentiality that is available under a protective or confidentiality order that is entered in this Action, and until then, under D. Del. LR 26.2.

10.     Upon entry of this stipulated order, the case caption for this Action shall be amended to remove Zydus Healthcare, and the new caption shall be as follows:

| | |
|---|---|
| NEUROCRINE BIOSCIENCES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC.,<br>ZYDUS WORLDWIDE DMCC and ZYDUS<br>LIFESCIENCES LIMITED (f/k/a CADILA<br>HEALTHCARE LIMITED)<br><br>    Defendants. | Civil Action No. 23-cv-266-MN |

Dated: May 11, 2023

ASHBY & GEDDES     PHILLIPS MCLAUGHLIN & HALL, P.A.


*/s/ Steven J. Balick*       */s/ David A. Bilson*
Steven J. Balick (#2114)     John C. Phillips, Jr. (#110)
Andrew C. Mayo (#5207)     David A. Bilson (#4986)
500 Delaware Avenue, 8th Floor   1200 North Broom Street
P.O. Box 1150        Wilmington, DE 19806
Wilmington, Delaware 19899    (302) 655-4200
(302) 654-1888        jcp@pmhdelaw.com
sbalick@ashby-geddes.com    dab@pmhdelaw.com
amayo@ashby-geddes.com

*Attorneys for Plaintiff Neurocrine*   *Attorneys for Defendants Zydus*
*Biosciences, Inc.*        *Pharmaceuticals (USA) Inc., Zydus*
            *Worldwide DMCC, Zydus Healthcare (USA)*
            *LLC, and Zydus Lifesciences Limited*


SO ORDERED this _____ day of _____ 2023.


_____
The Honorable Maryellen Noreika